AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:22-mj-70635-MAG Document 10 Filed 05/18/22 Page 1 of 1

```
FILED
May 18 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>DEVIN TEVITA VELOZA MAUSIA,<br><br>Defendants. | Case No. 4:22-mj-70635-MAG-1 (DMR)<br><br>Charging District:<br>District of Utah, Salt Lake City<br><br>Charging District's Case No.:<br>2:22-mj-181-JCB |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH<br>Orrin G. Hatch United States Courthouse<br>351 South West Temple<br>Salt Lake City, Utah 84101 | Criminal Rotation.: 8.4<br>Before: Magistrate Judge Cecilia M. Romero |
|---|---|
| | Date and Time: May 26, 2022 at 2:30 p.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: May 18, 2022

_____
Donna M. Ryu
United States Magistrate Judge

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*